

# NUMBER 13-19-00387-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

IN RE BRANSCOMB P.C., SHANNON WILDE, JAMES ROBICHAUX, MICHAEL W. STUKENBERG, JAMES CLANCY, OMAR LEAL, KEITH SIECZKOWSKI, JEFFREY S. DICKERSON, RHONDA JOLLEY, AND GRADY JOLLEY

On Petition for Writ of Mandamus.

# ORDER

**Before Justices Benavides, Hinojosa and Perkes**
**Per Curiam Order**

Relators Branscomb P.C., Shannon Wilde, James Robichaux, Michael W. Stukenberg, James Clancy, Omar Leal, Keith Sieczkowski, Jeffrey S. Dickerson, Rhonda Jolley, and Grady Jolley filed a petition for writ of mandamus and emergency motion for temporary relief and stay in the above cause on August 12, 2019. Through this original proceeding, relators seek to compel the trial court to vacate its July 30, 2019 discovery

order.  By their emergency motion for temporary relief and stay, relators seek to stay all trial court  proceedings pending resolution of this original proceeding.

The Court, having examined and fully considered the emergency motion for temporary relief and stay, is of the opinion that the motion should be granted.  The motion is GRANTED and the trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided.  *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").  The Court requests that the real party in interest, Kenton McDonald, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
13th day of August, 2019.

2